IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH ARUANNO,

    Plaintiff,

v.   CASE NO. 4:07-cv-00498-MMP-AK

FLORIDA DEPARTMENT OF LABOR
AND EMPLOYMENT SECURITY DIVISION
OF WORKERS' COMPENSATION, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's amended complaint, Doc. 14, be dismissed. The Magistrate Judge filed the Report and Recommendation on Monday, February 23, 2009. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections.  Plaintiff has filed objections to the Report and Recommendation, Doc. 22.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.   After reviewing the Magistrate's report and all objections thereto timely filed, the undersigned has determined that the Report and Recommendation should be adopted.

The undersigned agrees with the Magistrate Judge that Plaintiff has failed to prosecute this case.  The Magistrate Judge repeatedly asked Plaintiff to file amended complaints.  Plaintiff filed two amended complaints.  Plaintiff said that he attached pleadings to his amended complaints, but no pleading was attached to either amended complaint.  (Doc. 21 at 1-2). Moreover, Plaintiff has failed to provide the Court with addresses for the named defendants.  As

a result, the Court cannot serve claims against the named defendants. (Doc. 21 at 2). Furthermore, Plaintiff did not respond to the Court's show cause order. (Doc. 21 at 2). Therefore, Plaintiff has failed to prosecute this case in an appropriate manner.

In his objections, Plaintiff alleges that he sent various documents to Judge Kornblum but that the Judge is pretending not to have received them. The Court finds these allegations not credible, and otherwise finds no reason supporting recusal of the Magistrate Judge. Therefore, the undersigned affirms the Magistrate Judge's order denying Plaintiff's motion to recuse. (Doc. 20).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Order denying recusal (Doc. 20) is AFFIRMED.

3. Plaintiff's amended complaint (doc. 14) is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for failure to prosecute.

**DONE AND ORDERED** this  *7th* day of July, 2009

                *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge