IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH ARUANNO,

    Plaintiff,

v.                                                              CASE NO. 4:07-cv-00498-MP-AK

ADMINISTRATIVE OFFICE OF THE COURTS,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Motion for Reconsideration of this Court's Order Adopting Report and Recommendation. The Court has reviewed the motion and concludes that it merely restates arguments considered and rejected by the Court in the Order adopting the Report and Recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for reconsideration, Doc. 25, is denied.

**DONE AND ORDERED** this _22nd_ day of July, 2009

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge